UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN RE

IAZ LAND, LLC,                              Case No. 22-cv-12096
                                            Hon. Matthew F. Leitman

_____/

## ORDER DISMISSING APPEAL

The parties to the above-captioned matter submitted a stipulation to dismiss this Bankruptcy Court Appeal because they settled the matter. The Court has reviewed this matter and, noting the parties' stipulation and agreement, finds good cause to grant the requested relief.

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice and each party shall bear its own attorney's fees and costs.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 15, 2022